# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF NORTH CAROLINA

United States of America
v.

**TAYLOR, ALAN C**
**883 BUNCHES CREEK RD**
**CHEROKEE, NC 28719**

*Defendant*

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| **WC55** | **E1284031 ET AL** | **05/25/2025** |
| Offense(s) | | Amount Due |
| OPERATOR SUSPENDED FOR DWI<br>**FTA 7/28/2026** | | **APPEARANCE REQUIRED** |

## ARREST WARRANT

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 7/29/2026 1045 Am

*Judge's signature*
**HON W. CARLETON METCALF**

**Return**

| **Received** | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| **Arrested** | Date: | Location: |
|---|---|---|

Name: ____________ Title: ____________ District: ____________

Date: ____________ Signature: ____________

## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WC55 | E1284029 | J. Kline | 329 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 05/25/2025 1647 | 36 CFR 4.23(a)(1) |

Place of Offense: GRSM Luftee Overlook

Offense Description: Factual Basis for Charge — HAZMAT ☐

DUI

**DEFENDANT INFORMATION** Phone: (828) 736-9336

| Last Name | First Name | M.I. |
|---|---|---|
| Taylor | Alan | C |

Street Address: 883 Bunches Creek RD

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Cherokee | NC | 28719 | 09/16/1980 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 24340112 | | NC | 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 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BLK | Eyes BRO | Height 6-00 | Weight 350

**VEHICLE** VIN: CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 0337 EB | NC | 2018 | Toyota Highlander | | Blue |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date | Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1284029*

CVB SCAN 06/26/2025 14:47

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

See attached

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/26/2025 14:47

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: TAYLOR, ALAN C    CVB Location Code: WC55    Citation Number: E1284029
Case Number: NP25134742

I state that on May 25th, 2025 while exercising my duties as a law enforcement officer in the Western District of North Carolina

I, officer John Kline III, within the legislative jurisdiction of Great Smoky Mountains National Park was informed by Officer Colt Ferguson of an individual who was struck by a vehicle in the Oconaluftee Overlook in North Carolina.

I spoke to a witness who observed a vehicle, a light blue Toyota Highlander, run over the male. I observed the light blue Toyota Highlander with NC license plate 0337 EB. I shouted at the driver as they were pulling away, but the vehicle kept slowly driving. I stopped the light blue Toyota Highlander in the Oconaluftee parking lot.

I spoke to the driver, who appeared to be heavily intoxicated. I observed a half full Smirnoff bottle in the driver floor board. I identified the driver by his name and date of birth as TAYLOR, ALAN C. TAYLOR had droopy eyes, was unable to form complete sentences, had slurred and thick speech, and was not able to spell his name. I asked TAYLOR to step out of the vehicle, he was swaying back and forth and was unsteady on his feet.

TAYLOR refused to perform standardized field sobriety tests. I could smell an overwhelming odor of an alcoholic beverage coming from his person, Dispatch advised me that TAYLOR had a suspended driver's license.

I placed TAYLOR in custody and transported him to Swain County Jail to complete chemical testing. TAYLOR provided a breath sample of 0.24 g/210L

TAYLOR is currently charged with the following:

36 CFR 4.23(a)(1): Driving Under the Influence

36 CFR 4.23(a)(2): Driving Under the Influence Above 0.08

36 CFR 4.14(b): Open Container of an alcoholic beverage

36 CFR 4.2(b) NCGS 20-28(a1) - Operating a motor vehicle while under suspension for DUI

---

The foregoing statement is based upon:

- [x] my personal observations
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/25/2025 ____________________
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
# Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WC55 | E1284030 | J. Kline | 329 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 05/25/2025 1647 | 36 CFR 4.14 (b) |

Place of Offense: GRSM Luftee Overlook

Offense Description: Factual Basis for Charge — HAZMAT ☐

Open container of Alcoholic Beverages

**DEFENDANT INFORMATION** Phone: (828) 731-9334

| Last Name | First Name | M.I. |
|---|---|---|
| Taylor | Alan | C |

Street Address: 883 Bunches Creek RD

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Cherokee | NC | 28719 | 09/16/1980 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 29394012 | | NC | 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 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BLK | Eyes: BRO | Height: 6-00 | Weight: 350

**VEHICLE** VIN: CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6337EB | NC | 2016 | Toyota Highlander | | Blue |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| | Date: |
| | Time: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ______________________

Original - CVB Copy

*E1284030*

CVB SCAN 06/26/2025 14:46

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

See attachment

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________ ______________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________ ______________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/26/2025 14:46

United States District Court

Violation Notice

STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

Name: TAYLOR, ALAN C CVB Location Code: WC55 Citation Number: E1284030

Case Number: NP25134742

I state that on May 25th, 2025 while exercising my duties as a law enforcement officer in the Western District of North Carolina

I, officer John Kline III, within the legislative jurisdiction of Great Smoky Mountains National Park was informed by Officer Colt Ferguson of an individual who was struck by a vehicle in the Oconaluftee Overlook in North Carolina.

I spoke to a witness who observed a vehicle, a light blue Toyota Highlander, run over the male. I observed the light blue Toyota Highlander with NC license plate 0337 EB. I shouted at the driver as they were pulling away, but the vehicle kept slowly driving. I stopped the light blue Toyota Highlander in the Oconaluftee parking lot.

I spoke to the driver, who appeared to be heavily intoxicated. I observed a half full Smirnoff bottle in the driver floor board. I identified the driver by his name and date of birth as TAYLOR, ALAN C. TAYLOR had droopy eyes, was unable to form complete sentences, had slurred and thick speech, and was not able to spell his name. I asked TAYLOR to step out of the vehicle, he was swaying back and forth and was unsteady on his feet.

TAYLOR refused to perform standardized field sobriety tests. I could smell an overwhelming odor of an alcoholic beverage coming from his person. Dispatch advised me that TAYLOR had a suspended driver's license.

I placed TAYLOR in custody and transported him to Swain County Jail to complete chemical testing. TAYLOR provided a breath sample of 0.24 g/210L

TAYLOR is currently charged with the following:

36 CFR 4.23(a)(1): Driving Under the Influence

36 CFR 4.23(a)(2): Driving Under the Influence Above 0.08

36 CFR 4.14(b): Open Container of an alcoholic beverage

36 CFR 4.2(b) NCGS 20-28(a1) - Operating a motor vehicle while under suspension for DUI

---

The foregoing statement is based upon:

☑ my personal observations ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/25/2025 ____________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

[redacted]

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WC55 | E1284031 | J. Kline | 329 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☒State Code |
|---|---|
| 05/25/2025 1647 | 36 CFR 4.2(b) NCGS 20-28(a1) |

Place of Offense: GRSM Coffee Overlook

Offense Description: Factual Basis for Charge — HAZMAT ☐

Operator suspended for DWI

**DEFENDANT INFORMATION** Phone: (8__) 226 - 9336

| Last Name | First Name | M.I. |
|---|---|---|
| Taylor | Alan | C |

Street Address: 883 Birches Creek RD

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Cherokee | NC | 28719 | 09/16/1980 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 24340112 | | NC | 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 |

| ☒Adult ☐ Juvenile | Sex ☒Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | BLK | BRO | 6-06 | 350 |

**VEHICLE** VIN: CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| 0337 E | NC | 2016 | Toyota Highlander | Blue |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date | Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ______

Original - CVB Copy

*E1284031*

CVB SCAN 06/26/2025 14:46

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______, 20__ while exercising my duties as a law enforcement officer in the ______ District of ______

See attached

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/26/2025 14:46

CVR SCAN 06/26/2025 11:46

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: TAYLOR, ALAN C    CVB Location Code: WC55    Citation Number: E1284031
Case Number: NP25134742

I state that on May 25th, 2025 while exercising my duties as a law enforcement officer in the Western District of North Carolina

I, officer John Kline III, within the legislative jurisdiction of Great Smoky Mountain's National Park was informed by Officer Colt Ferguson of an individual who was struck by a vehicle in the Oconaluftee Overlook in North Carolina.

I spoke to a witness who observed a vehicle, a light blue Toyota Highlander, run over the male. I observed the light blue Toyota Highlander with NC license plate 0337 EB. I shouted at the driver as they were pulling away, but the vehicle kept slowly driving. I stopped the light blue Toyota Highlander in the Oconaluftee parking lot.

I spoke to the driver, who appeared to be heavily intoxicated. I observed a half full Smirnoff bottle in the driver floor board. I identified the driver by his name and date of birth as TAYLOR, ALAN C. TAYLOR had droopy eyes, was unable to form complete sentences, had slurred and thick speech, and was not able to spell his name. I asked TAYLOR to step out of the vehicle, he was swaying back and forth and was unsteady on his feet.

TAYLOR refused to perform standardized field sobriety tests. I could smell an overwhelming odor of an alcoholic beverage coming from his person. Dispatch advised me that TAYLOR had a suspended driver's license.

I placed TAYLOR in custody and transported him to Swain County Jail to complete chemical testing. TAYLOR provided a breath sample of 0.24 g/210L

TAYLOR is currently charged with the following:

36 CFR 4.23(a)(1): Driving Under the Influence

36 CFR 4.23(a)(2): Driving Under the Influence Above 0.08

36 CFR 4.14(b): Open Container of an alcoholic beverage

36 CFR 4.2(b) NCGS 20-28(a1) - Operating a motor vehicle while under suspension for DUI

---

The foregoing statement is based upon:

- [x] my personal observations
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/25/2025 ____________ [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy)    U.S. Magistrate Judge

## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WC55 | E1284033 | J. Kline | 329 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/25/2025 / 1647 | 36 CFR 4.23(a)(2) |

Place of Offense: GRSM Luftee Overlook

Offense Description: Factual Basis for Charge — HAZMAT ☐

DUI over 0.08

**DEFENDANT INFORMATION** Phone: (828) 736 - 9334

| Last Name | First Name | M.I. |
|---|---|---|
| Taylor | Alan | L |

Street Address: 883 Bunches Creek RD

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Cherokee | NC | 28719 | 09/16/1960 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 24340112 | | NC | 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 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | BLK | BRO | 6'00 | 350 |

**VEHICLE** VIN: CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| 0337 EB | NC | 2008 | Toyota Highlander | Blue |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____________________

Original - CVB Copy

*E1284033*

CVB SCAN 06/26/2025 14:45

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20___ while exercising my duties as a law enforcement officer in the ______________ District of ______________

See attached

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/26/2025 14:45

CVB SCAN 06/26/2025 11:16

United States District Court
Violation Notice
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Name: TAYLOR, ALAN C  CVB Location Code: WC55  Citation Number: E1284033
Case Number: NP25134742

I state that on May 25th, 2025 while exercising my duties as a law enforcement officer in the Western District of North Carolina

I, officer John Kline III, within the legislative jurisdiction of Great Smoky Mountains National Park was informed by Officer Colt Ferguson of an individual who was struck by a vehicle in the Oconaluftee Overlook in North Carolina.

I spoke to a witness who observed a vehicle, a light blue Toyota Highlander, run over the male. I observed the light blue Toyota Highlander with NC license plate 0337 E8. I shouted at the driver as they were pulling away, but the vehicle kept slowly driving. I stopped the light blue Toyota Highlander in the Oconaluftee parking lot.

I spoke to the driver, who appeared to be heavily intoxicated. I observed a half full Smirnoff bottle in the driver floor board. I identified the driver by his name and date of birth as TAYLOR, ALAN C. TAYLOR had droopy eyes, was unable to form complete sentences, had slurred and thick speech, and was not able to spell his name. I asked TAYLOR to step out of the vehicle, he was swaying back and forth and was unsteady on his feet.

TAYLOR refused to perform standardized field sobriety tests. I could smell an overwhelming odor of an alcoholic beverage coming from his person. Dispatch advised me that TAYLOR had a suspended driver's license.

I placed TAYLOR in custody and transported him to Swain County Jail to complete chemical testing. TAYLOR provided a breath sample of 0.24 g/210L

TAYLOR is currently charged with the following:

36 CFR 4.23(a)(1): Driving Under the Influence

36 CFR 4.23(a)(2): Driving Under the Influence Above 0.08

36 CFR 4.14(b): Open Container of an alcoholic beverage

36 CFR 4.2(b) NCGS 20-28(a1) - Operating a motor vehicle while under suspension for DUI

---

The foregoing statement is based upon:

- [x] my personal observations
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/25/2025  [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy)  U.S. Magistrate Judge